# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Joven Devon Louis Wallace,<br><br>Defendant. | Case No. 25-cr-00455 (MJD/ECW)<br><br>**REPORT AND RECOMMENDATION** |

This case is before the Court on the Government's Motion to Dismiss Count 1, filed on September 30, 2026 (Dkt. 54), and Defendant's Motion to Suppress Evidence Obtained as a Result of Unlawful Search, filed on July 21, 2026 (Dkt. 39). This case has been referred to the undersigned United States Magistrate Judge for a report and recommendation pursuant to 28 U.S.C. § 636 and Local Rule 72.1.

The Court previously granted Defendant's Motion for a Hearing Pursuant to *Franks v. Delaware* Regarding Inver Grove Heights Police Warrants 25000061 (Dkt. 36) and set the *Franks* hearing for October 1, 2026. (Dkts. 48, 49.) At the October 1, 2026 hearing, Defendant indicated he did not oppose the Motion to Dismiss Count 1 (Dkt. 54). Further, the parties agreed at that hearing that dismissal of Count 1 would moot Defendant's Motion to Suppress Evidence Obtained as a Result of Unlawful Search (Dkt. 39) and any request for suppression based on the *Franks* request.

## RECOMMENDATION

Accordingly, and based on the files, records, and proceedings herein, **IT IS RECOMMENDED THAT:**

1. The Government's Motion to Dismiss Count 1 (Dkt. 54) be **GRANTED** and Count 1 be **DISMISSED WITHOUT PREJUDICE**; and

2. Defendant Joven Devon Louis Wallace's Motion to Suppress Evidence Obtained as a Result of Unlawful Search (Dkt. 39) and any request for suppression based on the *Franks* request be **DENIED** without prejudice to Defendant's ability to seek such relief if Count 1 is not dismissed based on this Recommendation.

DATED: October 2, 2026

*s/Elizabeth Cowan Wright*
ELIZABETH COWAN WRIGHT
United States Magistrate Judge

## NOTICE

**Filing Objections:** This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation. A party may respond to those objections within 14 days after being served a copy of the objections. *See* Local Rule 72.2(b)(2). All objections and responses must comply with the word or line limits set forth in Local Rule 72.2(c).