**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

United States of America,

Plaintiff,

v.

**ORDER ADOPTING REPORT AND RECOMMENDATION**
Criminal No. 25-00455 (MJD/ECW)

Joven Devon Louis Wallace,

Defendants.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright dated October 2, 2026. [Doc. 57.] No objections have been filed to the Report and Recommendation.

Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). Based upon that review, the Court adopts the Report and Recommendation.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright dated October 2, 2026 **[Doc. 57]**; and
2. The Government's Motion to Dismiss Count 1 **[Doc. 54]** is **GRANTED** and Count 1 is **DISMISSED WITHOUT PREJUDICE**; and
3. Defendant's Motion to Suppress Evidence **[Doc. 39]** is **DENIED as moot**.

Dated: October 22, 2026

s/Michael J. Davis
Michael J. Davis
United States District Court